**FILED**

DEC 3 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LERMA, | No. C 13-5546 LHK (PR) |
| Petitioner, | ORDER CONSENTING TO MAGISTRATE JUDGE |
| v. | |
| JENNIFER SHAFFER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a consent to magistrate judge jurisdiction in this federal habeas corpus matter under 28 U.S.C. § 2254. (Doc. No. 4.) Accordingly, the court directs the Clerk to randomly reassign the case to a Magistrate Judge for all purposes. Appeal from any orders or judgment will be taken directly to U.S. Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: 12/30/13

LUCY H. KOH
United States District Judge

Order Consenting to Magistrate Judge
P:\pro-se\sj.lhk.\hc.11\Lerma880dupli