IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LERMA, ) | No. C 13-5546 LHK (PR) |
| Petitioner, ) | ORDER VACATING CONSENT ORDER; REASSIGNING CASE |
| v. ) | |
| JENNIFER SHAFFER, ) | |
| Respondent. ) | |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner had filed a consent to magistrate judge jurisdiction in this federal habeas corpus matter under 28 U.S.C. § 2254. (Doc. No. 4.) As such, the court issued an order to reassign this action for all further matters to a magistrate judge. (Doc. No. 5.) However, after further review, it appears that the undersigned was initially assigned this action in error. *See* General Order 44(D)(5) ("the Clerk shall assign any non-capital habeas petition filed by a prisoner to the same judge who was assigned any previous petitions filed by or on behalf of that prisoner."). Petitioner has a previously filed non-capital habeas petition with Judge Jon S. Tigar. *See Lerma v. Cate*, No. 11-4265 JST (N.D. Cal.).

Accordingly, the December 30, 2013, order reassigning this case to a magistrate judge is VACATED. This action is REASSIGNED to Judge Jon S. Tigar pursuant to General Order 44(D)(5).

Order Vacating Consent Order; Reassigning Case
G:\PRO-SE\LHK\HC.13\Lerma54error.wpd

1  IT IS SO ORDERED.

2  DATED:   1/6/14

_____
LUCY H. KOH
United States District Judge